**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>OMAR ANTONIO<br>      ARIAS-HERNANDEZ (1),<br>OSCAR MARTIN<br>      ROBLES-DE LA MORA (2),<br>HECTOR ALEXIS CARMONA (3),<br><br>               Defendants. | Case No.  25cr0363-LL<br>               25MJ8018<br><br>**INFORMATION**<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii) and (v)(II) -<br>Transportation of Certain<br>Aliens and Aiding and Abetting<br>(Felony) |

The United States Attorney charges:

Counts 1-3

On or about January 15, 2025, within the Southern District of California, defendant OMAR ANTONIO ARIAS-HERNANDEZ, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law:

| Count | Name |
|---|---|
| 1 | Jose Gumaro Corona-Torres |
| 2 | Jesus Hernesto Lancon-Chavarria |
| 3 | Brandon Jael Vaca-Gonzalez |

//

BPB:lml:2/10/2025

in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 4

On or about January 15, 2025, within the Southern District of California, defendants OSCAR MARTIN ROBLES-DE LA MORA and ALEXIS CARMONA, knowing and in reckless disregard of the fact that the alien, namely, Jose Gumaro Corona-Torres, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: __2/11/25__.

```
                              TARA K. McGRATH
                              United States Attorney

                              /s/ Brendan Barber

                              BRENDAN BARBER
                              Assistant U.S. Attorney
```